Clerk's Use Only

Initial for fee pd.:

Marc D. Fink
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884

FILED
08 MAR 11 PM 3:52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, Los Padres ForestWatch, Sierra Club, Defenders of Wildlife, and Cal. Native Plant Society,

Plaintiff(s),

v.

U.S. Fish and Wildlife Service, et al.

Defendant(s).

CASE NO. 08-1278-MHP

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Marc D. Fink , an active member in good standing of the bar of Minnesota and Idaho , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Justin Augustine (SBN 235561), 1095 Market Street, Suite 511 San Francisco, California 94103; Tel: 415-436-9682

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/5/08

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016873
Cashier ID: almaceh
Transaction Date: 03/11/2008
Payer Name: MARC FINK
--------------------------------
PRO HAC VICE
 For: MARC FINK
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 4321
 Amt Tendered:  $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1278 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```