# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, Los Padres
Forestwatch, Sierra Club, Defenders of Wildlife, and
California Native Plant Society

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

**CV 08    1278**

**MHP**

U.S. Fish and Wildlife Service, National Oceanic and
Atmospheric Administration National Marine Fisheries
Service, and U.S. Forest Service

TO: (Name and address of defendant)

See above named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

an answer to the complaint which is herewith served upon you, within 60    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR  5 2008

DATE_____

(BY) DEPUTY CLERK

MARY ANN BUCKLE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 5, 2008 |

| Name of SERVER | | TITLE |
|---|---|---|
| Justin Augustine | | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail; Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| 0 | 0 | 0 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/21/2008___
       *Date*

_____
*Signature of Server*

1095 Market St., Ste 511
*Address of Server*
San Francisco, CA 94103

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1  Marc D. Fink, *pro hac vice*
2  Center for Biological Diversity
   4515 Robinson Street
3  Duluth, Minnesota 55804
   Tel: 218-525-3884
4  Fax: 218-525-3857
   E-mail: mfink@biologicaldiversity.org
5

6  Justin Augustine (SBN 235561)
   Center for Biological Diversity
7  1095 Market Street, Suite 511
   San Francisco, CA  94103
8  Tel:  415-436-9682
   Fax:  415-436-9683
9  E-mail: jaugustine@biologicaldiversity.org

10
   Attorneys for Plaintiffs
11

12                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION

14
   CENTER FOR BIOLOGICAL DIVERSITY,    )
15 LOS PADRES FORESTWATCH, SIERRA      )   Case No. CV 08-1278-MHP
   CLUB, DEFENDERS OF WILDLIFE,        )
16 CALIFORNIA NATIVE PLANT SOCIETY,    )   CERTIFICATE OF SERVICE
                                       )
17       Plaintiffs,                   )
                                       )
18                                     )
   v.                                  )
19                                     )
   U.S. FISH AND WILDLIFE SERVICE,     )
20 NATIONAL OCEANIC AND                )
   ATMOSPHERIC ADMINISTRATION          )
21 NATIONAL MARINE FISHERIES SERVICE, )
22 and U.S. FOREST SERVICE,            )
                                       )
23       Defendants.                   )
   —————————————————————————————)
24

25

26

27

28
   CERTIFICATION OF SERVICE          - 1 –

1

**<u>CERTIFICATE OF SERVICE</u>**

2
   I hereby certify that, in addition to the **Complaint** and **Summons**, on March 5, 2008, I served the

3
following documents:

4
   **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

5
   **ECF Registration Information Handout**

6
   **Order Setting Initial Case Management Conference and ADR Deadlines**

7
   **Certification of Interested Entities or Persons**

8
on the following:

9
   NOAA
10
   1401 Constitution Ave., NW
   Room 6217
11
   Washington, D.C. 20230

12
   U.S. Fish and Wildlife Service
   1849 C Street, NW
13
   Washington, DC 20240

14
   USDA Forest Service
15
   1400 Independence Ave., SW
   Washington, DC 20250-0003
16

17
   U.S. Attorney General
   Michael Mukasey
18
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
19
   Washington, DC 20530-0001

20
   Civil Processing Clerk
   United States Attorney's Office
21
   450 Golden Gate Ave., 11th Floor
22
   San Francisco, CA 94102

23
by mailing a true copy of the documents enclosed in a sealed envelope and sent via U.S. certified mail

24
at the U.S. Post Office, San Francisco, CA.

25

26

27

28

CERTIFICATION OF SERVICE          - 2 –

1  | I certify under the penalty of perjury under the laws of the United States that the foregoing is true and

2  | correct.

3

4  | Respectfully submitted this 21st day of April, 2008,

5  |                                        /s/  Justin Augustine_____

6  |                                        Justin Augustine (SBN 235561)
7  |                                        1095 Market Street, Suite 511
   |                                        San Francisco, CA  94103
8  |                                        Telephone: (415) 436-9682
   |                                        Facsimile: (415) 436-9683
9  |                                        jaugustine@biologicaldiversity.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF SERVICE          - 3 –