Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Justin Augustine (SBN 235561)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA  94103
Tel:  415-436-9682
Fax:  415-436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE, <br><br> Defendants. | Case No. CV 08-1278-MHP <br><br> **PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

*PLAINTIFFS' ADR CERFICATION BY PARTIES AND COUNSEL - 1 -*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/27/08  /s/ David Hogan
David Hogan
Center for Biological Diversity

Dated: 5/27/08  /s/ Jeff Kuyper
Jeff Kuyper
Los Padres ForestWatch

Dated: 5/27/08  /s/ Bill Corcoran
Bill Corcoran
Sierra Club

Dated: 5/27/08  /s/ Sierra Weaver
Sierra Weaver
Defenders of Wildlife

Dated: 5/27/08  /s/ Illeene Anderson
Illeene Anderson
California Native Plant Society

Dated: 5/27/08  /s/ Marc D. Fink
Marc D. Fink
Counsel for Plaintiffs

Dated: 5/27/08  /s/ Justin Augustine
Justin Augustine
Counsel for Plaintiffs

Dated this 27th day of May, 2008.  Respectfully submitted,

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857

*PLAINTIFFS' ADR CERFICATION BY PARTIES AND COUNSEL - 2 -*

1

mfink@biologicaldiversity.org

2

Justin Augustine (SBN 235561)
Center for Biological Diversity
3
1095 Market Street, Suite 511
San Francisco, CA  94103
4
Tel:  415-436-9682
Fax:  415-436-9683
5
jaugustine@biologicaldiversity.org

6

Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PLAINTIFFS' ADR CERFICATION BY PARTIES AND COUNSEL - 3 -*