IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE,<br><br>Defendants. | Case No. CV 08-1278-MHP<br><br>**JOINT MOTION TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Pursuant to Local Rule 16-10(a), the parties hereby request permission to participate in the June 16, 2008, Initial Case Management Conference by telephone. This case is an Administrative Record review case, which the parties anticipate will be resolved without the need for discovery and through cross-motions for summary judgment. The parties are therefore confident that the matters to be discussed and resolved during the Initial Case Management Conference can be adequately addressed by telephone. Lead counsel for both parties also reside out-of-state, and therefore this request would save considerable time and expense for the parties.

Dated this 30th day of May, 2008.   Respectfully submitted,

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884

*JOINT MOTION TO PARTIPATE IN INITIAL CASE MANGEMENT CONF. BY TELEPHONE - 1 -*

Fax: 218-525-3857
mfink@biologicaldiversity.org

Justin Augustine (SBN 235561)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA  94103
Tel:  415-436-9682
Fax:  415-436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

Dated this 30th day of May, 2008.		Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief


/s/ Robert P. Williams
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Ben Franklin Station
Washington, D.C. 20044-7369
Telephone: 202-305-0206
Facsimile: 202-305-0275
Email: robert.p.williams@usdoj.gov

Attorneys for Federal Defendants

*JOINT MOTION TO PARTIPATE IN INITIAL CASE MANGEMENT CONF. BY TELEPHONE - 2 -*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE,<br><br>Defendants. | Case No. CV 08-1278-MHP<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Upon due consideration and for good cause shown, the Court GRANTS the parties' Joint Motion to Participate in the Initial Case Management Conference by Telephone. The June 16, 2008, Initial Case Management Conference, which is set for 4:00 p.m., shall be conducted by telephone conference, and Plaintiffs' counsel shall initiate the call. IT IS SO ORDERED.

Date:_____                          _____
                                                Marilyn Hall Patel
                                                United States District Judge

*[PROPOSED] ORDER*                                                      *- 1 -*