Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Justin Augustine (CSBN 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY,**<br><br>**Plaintiffs**,<br><br>v.<br><br>**U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE**<br><br>**Defendants**. | Civil Action No.: 08-1278 MHP<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Justin Augustine, attorney for Plaintiffs, is as follows

Justin Augustine
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Contact information for Plaintiffs' other counsel remains unchanged as reflected in the caption of this document.

DATE: June 4, 2008                    Respectfully Submitted,

                                             /s/ Justin Augustine

                                        Justin Augustine (CA Bar No. 235561)
                                        Attorney for Plaintiffs