Marc D. Fink, Attorney
Center for Biological Diversity
4515 Robinson Street; Duluth, Minnesota 55804
Tel: 218-525-3884; Fax: 218-525-3857
mfink@biologicaldiversity.org

June 5, 2008

The Honorable Marilyn Hall Patel
U.S. District Court for the Northern
    District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RE:   *Center for Biological Diversity, et al. v. U.S. Fish and Wildlife Service, et al.*,
       Case No. C 08-01278 MHP

Dear Judge Patel,

      I write to confirm that the parties are in agreement that the Initial Case Management Conference in this case should take place on June 17, 2008, at 10:00 a.m., and that the parties will appear by phone. Counsel for the parties will arrange for the conference call, and once all parties are on the line, will call the Court. Thank you for your consideration.


      /s/ Marc D. Fink
      Marc D. Fink, pro hac vice
      Center for Biological Diversity
      4515 Robinson Street
      Duluth, Minnesota 55804
      Tel: 218-525-3884
      Fax: 218-525-3857
      mfink@biologicaldiversity.org

      Counsel for Plaintiffs