1

2              IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION

4   CENTER FOR BIOLOGICAL DIVERSITY,      )
5   LOS PADRES FORESTWATCH, SIERRA        )    Case No. 3:08-cv-01278-MHP
    CLUB, DEFENDERS OF WILDLIFE,          )
6   CALIFORNIA NATIVE PLANT SOCIETY,      )    **JOINT CASE MANAGEMENT**
                                          )    **STATEMENT AND PROPOSED**
7          Plaintiffs,                    )    **ORDER**
                                          )
8   v.                                    )    CASE MANAGEMENT CONFERENCE
                                          )
9   U.S. FISH AND WILDLIFE SERVICE,       )    DATE: June 17, 2008
10  NATIONAL OCEANIC AND                  )
    ATMOSPHERIC ADMINISTRATION            )    TIME: 10:00 a.m.
11  NATIONAL MARINE FISHERIES SERVICE,    )
    and U.S. FOREST SERVICE,              )
12                                        )
13         Defendants.                    )
    _____)

14

15          Pursuant to this Court's Civil Local Rules ("Civ. L.R.") 16-7 and 16-8, the parties jointly

16  submit this Case Management Statement and Proposed Order.  Each party certifies that its lead

17  trial counsel who will try this case met and conferred for the preparation of this Statement as

18  required by Civ. L.R. 16.4.

19          The parties make the following representations and recommendations:

20  **A.      JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

21          In September, 2005, the Forest Service completed revised Forest Plans for the four

22  national forests in southern California – the Cleveland, Angeles, San Bernardino, and Los Padres

23  National Forests.  On September 15, 2005, the United States Fish and Wildlife Service ("FWS")

24  submitted to the Forest Service its "Biological and Conference Opinions on the Revised Land

25  and Resource Management Plans for the Four Southern California National Forests" ("2005

26

27

28

*JOINT CASE MANAGEMENT STATEMENT - 1 -*

FWS Biological Opinion"). On September 16, 2005, the National Marine Fisheries Service

submitted to the Forest Service its Biological Opinion on the revised Forest Plans for the Los

Padres and Cleveland National Forests ("2005 NMFS Biological Opinion").

On December 14, 2007, Plaintiffs sent sixty-day notice letters to the Forest Service,

Secretary of the Interior, and Secretary of Commerce, pursuant to the citizen suit provision of the

Endangered Species Act, regarding consultation over the impacts of the revised southern

California Forest Plans on threatened and endangered species. Plaintiffs subsequently filed this

action on March 5, 2008. Plaintiffs challenge three federal agency actions taken pursuant to the

Endangered Species Act ("ESA"), 16 U.S.C. § 1536: (1) the 2005 FWS Biological Opinion; (2)

the 2005 NMFS Biological Opinion; and (3) the U.S. Forest Service's decision to rely on those

2005 Biological Opinions concerning the potential impacts of the revised Forest Plans for the

Cleveland, Angeles, San Bernardino, and Los Padres National Forests on threatened and

endangered species.

**B.     PRINCIPAL ISSUES**

      **1.     The principal factual issues that the parties dispute are:**

The parties agree that there is no dispute over any material facts. Plaintiffs' claims are

subject to review on an administrative record under the standards of the Administrative

Procedure Act ("APA"), 5 U.S.C. § 706. Record review cases such as this one are typically

resolved on dispositive motions.

      **2.     The principal legal issues that the parties dispute are:**

Whether the 2005 FWS Biological Opinion and 2005 NMFS Biological Opinion

satisfy the requirements of the ESA and its implementing regulations, 16 U.S.C. § 1536,

50 C.F.R. § 402.14, within the meaning of the APA, 5 U.S.C. § 706, and whether the

Forest Service lawfully relied on the FWS and NMFS Biological Opinions to satisfy its

obligations under the ESA, 16 U.S.C. § 1536.

     **3.**     **The following issues as to service of process, personal jurisdiction, subject matter jurisdiction, or venue remain unresolved**:

None.

     **4.**     **The following parties have not yet been served:**

None.

     **5.**     **An additional parties that a party intends to join are listed below:**

None.

     **6.**     **Any additional claims that a party intends to add are listed below:**

The parties do not anticipate any need to amend the pleadings.

**C.**     **ALTERNATIVE DISPUTE RESOLUTION**

All parties share the view that no ADR procedure should be used in this case.  The specific basis for that view is set forth below:

Plaintiffs challenge programmatic Biological Opinions issued by NMFS and FWS, and the reliance on those opinions by the Forest Service.  Plaintiffs' position is that these Biological Opinions, including their Incidental Take Statements, are invalid.  Federal Defendants' position is that these programmatic Biological Opinions do not include Incidental Take Statements and that the Biological Opinions are sound, and in compliance with the requirements of the Endangered Species Act and its implementing regulations.  The parties are in agreement that based on the parties' positions, this case is not amenable to settlement.  The parties therefore believe that assignment of the case to the ADR process to attempt to settle the action does not represent an effective allocation of resources.

The parties make the following additional suggestions concerning settlement:

*JOINT CASE MANAGEMENT STATEMENT - 3 -*

1    The parties do not believe that settlement of this case is likely.

2

3    The Court hereby orders: _____

4    _____

5    _____

6

**D.    CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

7

8    The parties anticipate that this case will be resolved through dispositive motions before

9    an Article III Judge, and do not consent to jurisdiction by a Magistrate Judge.

10

11    The Court hereby refers this case for the following purposes to a magistrate judge:

12    _____

13    _____

14

**E.    DISCLOSURES**

15

16    As stated above, this is an action for review on an administrative record, which is exempt

17    from initial disclosures under Fed. R. Civ. P. 26(a)(1)(B)(i).  The parties agree that there are no

18    claims for monetary damages.

19    **F.    EARLY FILING OF MOTIONS**

20

21    The parties anticipate that this case will be resolved on cross-motions for summary

22    judgment.  The only other potential motion anticipated at this time is that, upon review of the

23    administrative record, Plaintiffs may file a motion to complete or supplement the record.

24    **G.    DISCOVERY**

25    As stated above, Plaintiffs' claims are subject to review on an administrative record under

26    the standards of the APA, 5 U.S.C. § 706.  Plaintiffs assert that no discovery is anticipated, and

27

28

*JOINT CASE MANAGEMENT STATEMENT - 4 -*

that any discovery would be limited to the completeness of the Administrative Record.  Federal

Defendants assert that discovery is inappropriate in a record review case such as this.

**H.    PRETRIAL AND TRIAL SCHEDULE**

     The parties anticipate that this case will be resolved on cross-motions for summary

judgment and that no trial will be necessary.  The parties request that the Court adopt the

following schedule for cross-motions for summary judgment:

     September 30, 2008:  Federal Defendants will certify and lodge the administrative

record(s).

     October 31, 2008: Deadline for any motion to compel completion or supplementation of

the administrative record.  If such a motion is filed, Plaintiffs will file their motion for summary

judgment within 30 days of the resolution of such motion.  Federal Defendants will file a

combined response and cross motion for summary judgment within 30 days of the filing of

Plaintiffs' motion for summary judgment.  Plaintiffs will file a combined reply and response

within 15 days of the filing of Federal Defendants' combined response and cross motion, and

Federal Defendants will file their final reply within 15 days of the filing of Plaintiffs' combined

reply and response.

     If a motion to compel completion or supplementation of the Administrative Record is not

filed, Plaintiffs will file their motion for summary judgment within 45 days of the lodging and

service of the Administrative Record.  Federal Defendants will file a combined response and

cross motion for summary judgment within 30 days of the filing of Plaintiffs' motion for

summary judgment.  Plaintiffs will file a combined reply and response within 15 days of the

filing of Federal Defendants' combined response and cross motion, and Federal Defendants will

file their final reply within 15 days of the filing of Plaintiffs' combined reply and response.

**I.    Date of next case management/status conference:**  None scheduled.

**J.    OTHER MATTERS**

N/A

**K.    IDENTIFICATION AND <u>SIGNATURE</u> OF LEAD TRIAL COUNSEL**

Dated this 5th day of June, 2008.

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
mfink@biologicaldiversity.org

Attorney for Plaintiffs

Dated this 5th day of June, 2008.

/s/ Robert P. Williams
Robert P. Williams, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
tel: (202) 305-0206
fax: (202) 305-0275
robert.p.williams@usdoj.gov

Attorney for Federal Defendants

The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Case Management Statement and Proposed Order filed prior to this conference.  The court adopts this statement as modified and enters of this court pursuant to Civ. L.R. 16-8(b).

*JOINT CASE MANAGEMENT STATEMENT - 6 -*

1    The foregoing joint statement as amended is adopted by this court as the Case

2  Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local

3  Rules, and shall govern all further proceedings in this action.

4    IT IS SO ORDERED

5

6  Date:

7

8    _____
     Marilyn Hall Patel
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT CASE MANAGEMENT STATEMENT - 7 -*