# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: June 17,2 008

Case No.    C 08-1278  MHP                     Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY et al -v- US FISH AND WILDLIFE SERVICE et al

Attorneys:  Plf: Marc Fink
               Dft: Robert Williams

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)   Telephonic Case Management Conference _____

2) _____

3) _____

### ORDERED AFTER HEARING:

Counsel submit after further discussion; Record to be provided by 9/20/2008; Briefing schedules set as follows:

     Motion to Supplement Record to be filed within 30 days thereafter;
     Responses to be filed within 15 days thereafter;

     -or-

     Plaintiff's motion for summary judgment to be filed by 11/17/2008;
     Defendant's motion for summary judgment/opposition to be filed by 12/15/2008;
     Plaintiff's Reply/Opposition to be filed by 1/5/2009;
     Defendant's Reply to be filed by 1/20/2009;
     Motions to be heard 2:00 pm on 2/9/2009.