# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### AMENDED CIVIL PRETRIAL MINUTES

Date: June 17,2 008

Case No.    C 08-1278  MHP                 Judge: MARILYN H. PATEL

Title: CENTER FOR BIOLOGICAL DIVERSITY et al -v- US FISH AND WILDLIFE SERVICE et al

Attorneys:  Plf: Marc Fink
            Dft: Robert Williams

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)   Telephonic Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Counsel submit after further discussion; **Record to be provided by 9/30/2008**; Briefing schedules set as follows:

      Motion to Supplement Record to be filed within 30 days thereafter;
      Responses to be filed within 15 days thereafter;

      -or-

      Plaintiff's motion for summary judgment to be filed by 11/17/2008;
      Defendant's motion for summary judgment/opposition to be filed by 12/15/2008;
      Plaintiff's Reply/Opposition to be filed by 1/5/2009;
      Defendant's Reply to be filed by 1/20/2009;
      Motions to be heard 2:00 pm on 2/9/2009.