RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275
robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FOREST WATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, and CALIFORNIA NATIVE PLANT SOCIETY,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE,<br><br>  Defendants. | Civ. No. 3:08-cv-01278-MHP<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR FEDERAL DEFENDANTS' REPLY BRIEF**<br><br>Date: February 9, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Marilyn Hall Patel<br>Courtroom 15, 18th Floor |

COME NOW Defendants U.S. Fish and Wildlife Service ("FWS"), National Oceanic and Atmospheric Administration and its designee, the National Marine Fisheries Service (hereinafter referred to as "NMFS")), and U.S. Forest Service (collectively "Federal Defendants"), joined by Plaintiffs Center for Biological Diversity, Los Padres Forest Watch, Sierra Club, Defenders of Wildlife, and California Native Plant Society, and hereby respectfully request that the Court extend the filing deadline for Federal Defendants' reply in support of their combined opposition

*Center for Biological Diversity, et al. v. FWS, et al.*, Civ. No. 3:08-cv-01278-MHP
Joint Stip. to Extend Time for FD's Reply Br.

to Plaintiff's motion for summary judgment and cross-motion for summary judgment by one day, to January 21, 2009. Pursuant to Local Rule 6-2, Federal Defendants state as follows in support of the relief requested herein:

1. Pursuant to the Scheduling Order in this case (Dckt. No. 22), Plaintiffs filed their motion for summary judgment on November 17, 2008, Federal Defendants filed their combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment on December 15, 2008, and Plaintiffs filed their combined opposition and reply brief on January 5, 2009. Pursuant to the Scheduling Order, Federal Defendants' reply brief is currently due January 20, 2009, which is Inauguration Day, a Federal holiday.

2. Undersigned counsel has been informed that the U.S. Department of Justice offices in Washington, D.C. will be closed on January 20, 2009. For that reason, Federal Defendants respectfully request that the deadline for Federal Defendants' reply brief be continued by one day, to January 21, 2009, to facilitate the filing of Federal Defendants' brief.

3. Federal Defendants have not previously requested an extension of time for this deadline.

4. The Parties do not anticipate that granting the relief requested herein will affect the February 9, 2009 hearing date on the Parties' cross-motions for summary judgment.

7. Undersigned counsel for Federal Defendants has conferred with counsel for Plaintiffs, Mr. Marc D. Fink, who has authorized undersigned counsel to represent that, provided that the requested extension for Federal Defendants' reply brief does not impact the February 9, 2009 hearing date on the Parties' cross-motions for summary judgment, Plaintiffs do not oppose the extension requested.

WHEREFORE, the Parties hereby stipulate pursuant to Local Rule 7-12 that the Court may enter an Order extending the deadline for Federal Defendants' reply brief by one day, to January 21, 2009, provided that the requested extension for Federal Defendants' reply brief does not impact the February 9, 2009 hearing date on the Parties' cross-motions for summary judgment.

1  IT IS SO STIPULATED

2  
3  DATED: January 6, 2009          RONALD J. TENPAS
                                   Assistant Attorney General
                                   Environment & Natural Resources Division
4  
                                   JEAN E. WILLIAMS
5                                  Chief, Wildlife & Marine Resources Section

6                                  /s/ Robert P. Williams
                                   U.S. Department of Justice
7                                  Environment & Natural Resources Division
                                   Wildlife & Marine Resources Section
8                                  Ben Franklin Station, P.O. Box 7369
                                   Washington, D.C. 20044-7369
9                                  Telephone: (202) 305-0206
                                   Facsimile: (202) 305-0275
10                                 E-Mail: robert.p.williams@usdoj.gov

11                                 *Attorneys for Federal Defendants*

12  
    DATED: January 6, 2009         /s/ Marc. D. Fink
13                                 Marc D. Fink, pro hac vice
                                   Center for Biological Diversity
14                                 4515 Robinson Street
                                   Duluth, Minnesota 55804
15                                 Tel: 218-525-3884
                                   Fax: 817-582-3884
16                                 E-Mail: mfink@biologicaldiversity.org

17                                 *Attorney for Plaintiffs*

18  

19  PURSUANT TO STIPULATION, IT IS SO ORDERED

20  

21  Dated: January _7_, 2009

*IT IS SO ORDERED*
Judge Marilyn H. Patel