UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

        Plaintiffs,

   v.

U.S. FISH AND WILDLIFE SERVICE, et al.,

        Defendants.
_____/

No. C 08-1278 MHP

**<u>ORDER</u>**

In the instant action, plaintiffs challenged two biological opinions underlying the U.S. Forest Service's 2005 land management plans for four southern California forests, alleging that the biological opinions did not contain incidental take statements as required by the Endangered Species Act. On June 8, 2009, the court granted plaintiffs' motion for summary judgment that the Fish and Wildlife Service and National Marine Fisheries Service failed to follow applicable law by issuing the biological opinions without also issuing incidental take statements. The court ordered the parties to submit briefing on the appropriate form of relief. Briefing was completed on August 28, 2009.

On September 29, 2009, this court entered a memorandum and order in *Center for Biological Diversity v. U.S. Department of Agriculture*, Case No. C 08-3884 MHP, and *California Resources Agency v. U.S. Department of Agriculture*, Case No. C 08-1185 MHP. In those related actions, the plaintiffs challenged the environmental impact statement supporting the same 2005 land management plans for the four southern California forests. The court found some violations of the National Forest Management Act (NFMA) and the National Environmental Policy Act (NEPA) and

1  asked the parties to submit briefing on the appropriate form of relief.  The parties in those actions,
2  who substantially overlap with the parties in the instant action, are involved in settlement
3  discussions and have stipulated to stay briefing on proposed relief until January 15, 2010.

4  The instant action and the two NFMA/NEPA actions pertain to the sufficiency of the same
5  land management plans.  So as to appropriately coordinate the relief granted in these actions, the
6  court intends to address the question of relief in the instant action simultaneously with the question
7  of relief in the NFMA/NEPA actions.  Accordingly, the court will hold in abeyance its consideration
8  of relief in the instant action pending completion of the briefing in, or settlement of, those actions.

9  If any party to the instant action believes it will be prejudiced by proceeding in such a
10 manner, such party SHALL file, within seven (7) days of entry of this order, a letter brief no more
11 than two (2) pages in length explaining why the issue of relief is not best addressed simultaneously
12 for all three actions and how the party believes the court should proceed.  An opposing party may
13 file a responsive letter brief no more than two (2) pages in length within seven (7) days thereafter.

15 IT IS SO ORDERED.

Dated: 12/16/2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2