Marc D. Fink, *pro hac vice*
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel: 218-464-0539
Fax: 817-582-3884
mfink@biologicaldiversity.org

Sierra B. Weaver, *pro hac vice*
Defenders of Wildlife
1130 17th Street NW
Washington, D.C. 20036
Tel: 202-772-3274
Fax: 202-682-1331
SWeaver@defenders.org

Justin Augustine (SBN 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: 415-632.5302
Fax: 415-436.9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE,<br><br>Defendants. | Case No. C 08-1278-EMC<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

Parties' Stipulation and [Proposed] Order Re: Deadline for Motion for Attorneys' Fees, Costs and Expenses,  C 08-1278-EMC

While the parties do not believe that the Court's Order Re: Injunctive Relief and For Further Information, filed on June 28, 2011, constitutes a final judgment, in an abundance of caution the parties hereby stipulate and request:

Whereas Civil Local Rule 54-1 provides that a prevailing party must serve and file a bill of costs no later than 14 days after entry of judgment;

Whereas Civil Local Rule 54-5 provides that motions for attorneys' fees must be filed within 14 days of entry of judgment, unless stipulated otherwise by the parties and ordered by the Court, and it also provides that the parties must meet and confer before a party may file a motion for award of attorney fees;

Whereas Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no later than 14 days after entry of judgment;

Whereas the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is one of the statutes under which Plaintiffs will seek attorneys fees, costs and expenses in this case;

Whereas EAJA provides that "a party seeking an award of fees and other expenses" may apply for them "within 30 days of final judgment in the action," and EAJA defines "final judgment" as "a judgment that is final and not appealable;"

Whereas the judgment in this case becomes unappealable 60 days after its entry;

Whereas Plaintiffs have not previously sought an extension of time from Civil Local Rule 54-1 or 54-5;

Accordingly, the parties stipulate and agree, and request that the Court enter an order, extending the deadline for Plaintiffs to file a motion for attorneys' fees, costs, and other expenses under Civil Local Rules 54-1 and 54-5, and Federal Rule of Civil Procedure 54(d)(2)(B), to be the same deadline as that for filing a motion for attorneys' fees, costs, and expenses under EAJA. Before filing a motion for attorneys' fees, costs, and expenses, Plaintiffs will meet and confer with Defendants in a good faith attempt to settle this issue. By entering into this Stipulation, Defendants do not waive any defenses as to whether Plaintiffs are entitled to any attorneys' fees, costs or expenses in this case.

Respectfully submitted this 8th day of July, 2011,

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice*
Sierra B. Weaver, *pro hac vice*
Justin Augustine (SBN 235561)
Attorneys for Plaintiffs

IGNACIA S. MORENO, Assist. Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Acting Assistant Chief

/s/ JAMES A. MAYSONETT
JAMES A. MAYSONETT, Trial Attorney
(D.C. Bar No. 463856)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0216 | Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov
Attorneys for the Federal Defendants

1
2  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3  Dated this 11th of July, 2011.



27  Parties' Stipulation and [Proposed] Order Re: Deadline for Motion for Attorneys' Fees, Costs and Expenses,  C 08-1278-EMC

3