UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-08-1278 EMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE INJUNCTIVE RELIEF AND FOR FURTHER INFORMATION**<br><br>**(Docket No. 67)** |

The Court **GRANTS** Defendants' motion for leave to file a motion for reconsideration of the Court's previous Order regarding injunctive relief and for further information, and the motion is deemed filed. A hearing on the motion for reconsideration is set for **November 9, 2011 at 10:30 a.m.** before Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiffs' opposition brief is due on **October 28, 2011**, and Defendants' reply is due on **November 2, 2011**.

///
///
///
///
///
///
///
///

In the interim, information requests Nos. 9 and 11 shall be stayed, and the Court clarifies that Provision 8 of the Order regarding fire suppression activities does not prohibit fire suppression activities necessary to protect property and human safety.

This order disposes of Docket No. 67.

IT IS SO ORDERED.

Dated: October 19, 2011

_____
EDWARD M. CHEN
United States District Judge