Marc D. Fink, *pro hac vice*
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel: 218-464-0539
Fax: 817-582-3884
mfink@biologicaldiversity.org

Sierra B. Weaver, *pro hac vice*
Defenders of Wildlife
1130 17th Street NW
Washington, D.C. 20036
Tel: 202-772-3274
Fax: 202-682-1331
SWeaver@defenders.org

Justin Augustine (SBN 235561)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

**FILED**

OCT 19 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and U.S. FOREST SERVICE,<br><br>Defendants. | Case No. C 08-1278-EMC<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME (DOCKET NO. 76) |

[PROPOSED] ORDER RE: PLTFS.' UNOPPOSED MTN. FOR AN EXTENSION OF TIME, C 08-1278-EMC

1     Upon due consideration and for good cause shown, the Court GRANTS Plaintiffs'

2 Unopposed Motion for an Extension of Time. Plaintiffs' response to Defendants' motion for

3 reconsideration is due on **November 4, 2011.** Defendants' reply is due **November 11, 2011.** The

4 hearing on Defendants' motion for reconsideration is re-set for ~~November 16, 2011, at 10:30~~ NOVEMBER 28, 2011 AT 2:30 PM

5 ~~a.m.~~ before Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate

6 Avenue, San Francisco, CA 94102. THIS ORDER DISPOSES OF DOCKET NO. 76.

7     IT IS SO ORDERED.

8 Dated: 10/19/2011

11                         EDWARD M. CHEN
                            United States District Judge

27 [PROPOSED] ORDER RE: PLTFS.' UNOPPOSED MTN. FOR AN EXTENSION OF TIME, C 08-1278-EMC