IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0216 | Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov
Attorneys for the Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE,** and **CALIFORNIA NATIVE PLANT SOCIETY**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE,** and **UNITED STATES FOREST SERVICE,** <br><br> Defendants | No. C 08-01278 EMC <br><br> **Federal Defendants' Notice Regarding Remand of Biological Opinions** <br><br> Order |

On November 18, 2011, the Federal Defendants moved for an extension of the deadline to complete the remand required by this Court's Order re Injunctive Relief and for Further Information, Docket No. 59 (June 28, 2011) ("Order"), from the current deadline of December 28, 2011 to October 28, 2013. For the reasons explained in that motion and the related declarations, the Federal Defendants respectfully submit that substantially more time will be

Notice re: Remand of Biological Opinions                                                                                    No. C 08-01278 EMC

necessary to prepare new biological opinions and "incidental take statements" that address the Forest Service's extensive operations in these National Forests as well as new scientific information (including new species and critical habitat). The Federal Defendants' motion for extension has now been fully briefed and is pending before the Court.

Today is the current deadline for the completion of the remand, and no extension has yet been granted. Accordingly, the Federal Defendants hereby notify the Court and the parties that, for the reasons set out in our motion for extension, it has not been possible to complete the remand within the schedule set by the Court's order. Nonetheless, as we explained in our reply on the motion for extension, the Federal Defendants have devoted significant resources to these and related ESA issues (and continue to do so), by engaging in dozens of formal and informal consultations on projects within these Forests, by preparing detailed responses to the Court's information requests, and through other efforts. Docket No. 86 (Dec. 2, 2011) at 3.

Respectfully submitted this 28th day of December, 2011,

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0216 | Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov

Attorneys for the Federal Defendants

IT IS SO ORDERED that Plaintiffs' opposition brief shall be filed by 1/6/12.

_____
Edward M. Chen
U.S. District Judge
Dated: 1/4/12

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Notice re: Remand of Biological Opinions        No. C 08-01278 EMC