1  Marc D. Fink, *pro hac vice*
   Center for Biological Diversity
2  209 East 7th St.
   Duluth, Minnesota 55805
3  Tel: 218-464-0539; Fax: 817-582-3884
4  mfink@biologicaldiversity.org

5  Sierra B. Weaver, *pro hac vice*
   Defenders of Wildlife
6  1130 17th Street NW
7  Washington, D.C. 20036
   Tel: 202-772-3274; Fax: 202-682-1331
8  SWeaver@defenders.org

9  Justin Augustine (SBN 235561)
   Center for Biological Diversity
10 1095 Market Street, Suite 511
11 San Francisco, CA 94103
   Tel: 415-436-9682; Fax: 415-436-9683
12 jaugustine@biologicaldiversity.org

13 Attorneys for Plaintiffs

14
                     UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
16

17  CENTER FOR BIOLOGICAL DIVERSITY,        )   Case No. C 08-1278-EMC
    LOS PADRES FORESTWATCH, SIERRA          )
18  CLUB, DEFENDERS OF WILDLIFE,            )   **STIPULATION AND JOINT MOTION**
    CALIFORNIA NATIVE PLANT SOCIETY,        )   **RE: PLAINTIFFS' MOTION FOR**
19                                          )   **ATTORNEYS' FEES AND COSTS**
    Plaintiffs,                             )
20                                          )   **AND**
    v.                                      )
21                                          )
                                            )   **[~~PROPOSED~~] ORDER TO STAY**
22  U.S. FISH AND WILDLIFE SERVICE,         )   **BRIEFING TO ALLOW**
    NATIONAL OCEANIC AND                    )   **SETTLEMENT DISCUSSIONS**
23  ATMOSPHERIC ADMINISTRATION              )
    NATIONAL MARINE FISHERIES SERVICE,      )
24  and U.S. FOREST SERVICE,                )
25                                          )
    Defendants.                            )
26

27

28

STIPULATION RE: PLAINTIFFS' MTN. FOR ATTORNEYS' FEES AND COSTS, C 08-02178 EMC

1    Plaintiffs have filed their motion for attorneys' fees, costs, and expenses pursuant to the Equal

2    Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and the Endangered Species Act, 16 U.S.C. §

3    1540(g)(4).  In order to facilitate the ongoing settlement discussions regarding Plaintiffs' motion, the

4    Plaintiffs and Defendants jointly move this Court to stay briefing on Plaintiffs' motion for 60 days.  In

5    support of this motion, Plaintiffs and Defendants stipulate as follows:

6        1.    Concurrently with this stipulation and joint motion, Plaintiffs have filed a motion for

7    attorneys' fees and costs.  Plaintiffs' motion will be supplemented as appropriate to account for any

8    future litigation in this case.

9        2.    Plaintiffs and Defendants agree that briefing and argument on Plaintiffs' claim for

10   attorneys' fees and costs may be unnecessary in light of the parties' attempt to settle Plaintiffs' claim.

11       3.    Plaintiffs and Defendants agree that further proceedings on Plaintiffs' motion for an

12   award of attorneys' fees and costs, including the filing of memoranda and other materials supporting

13   that motion, should be deferred for 60 days.  At that time, Plaintiffs and Defendants will either jointly

14   propose a briefing schedule to address Plaintiffs' motion for attorneys' fees and costs, or the parties will

15   otherwise apprise the Court of the status of Plaintiffs' motion and any request for action by the Court.

16   Based on the foregoing, the parties respectfully request that this Court stay briefing and

17   argument on Plaintiffs' concurrently filed motion for attorneys' fees and costs for 60 days from the date

18   of the Court's order granting such stay.

19   Dated this 2nd day of July, 2012.        Respectfully submitted,

20                                                /s/ Marc D. Fink
                                                 Marc D. Fink, *pro hac vice*
21                                               Attorney for Plaintiffs

22                                               /s/ Robert Williams
                                                 Robert Williams
23                                               Attorney for Defendants

24

25   Pursuant to the parties' stipulation, IT IS SO ORDERED.

26   Dated:    July 2, 2012              _____

27                                               EDWARD M. CHE[N]
                                                 United States Distric[t]

28

STIPULATION RE: PLAINTIFFS' MTN. FOR ATTORNEYS' FEES AND COSTS, 08-02178 EMC