IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (D.C. Bar No. 474730)
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0206 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, LOS PADRES FORESTWATCH, SIERRA CLUB, DEFENDERS OF WILDLIFE, and CALIFORNIA NATIVE PLANT SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE, and UNITED STATES FOREST SERVICE, <br><br> Defendants | No. C 08-01278 EMC <br><br> **Stipulation Regarding Plaintiffs' Motion for Attorneys' Fees and Costs and [Proposed] Order** |

1    WHEREAS Plaintiffs Center for Biological Diversity, Los Padres Forestwatch, Sierra
2 Club, Defenders of Wildlife, and California Native Plant Society initiated this action against the
3 U.S. Forest Service ("USFS"), U.S. Fish and Wildlife Service ("FWS"), National Oceanic and
4 Atmospheric Administration, and National Marine Fisheries Service ("NMFS") (collectively,
5 "Federal Defendants"), alleging violations of the Endangered Species Act ("ESA") and
6 Administrative Procedure Act ("APA") in connection with USFS' approval of revised forest
7 plans for four National Forests in Southern California ("Revised Plans"); and

8    WHEREAS on June 8, 2009, the Court issued a memorandum and order granting
9 Plaintiffs' motion for summary judgment and denying Federal Defendants' cross-motion for
10 summary judgment (Doc. No. 39); and

11    WHEREAS on June 28, 2011, the Court entered an Order re Injunctive Relief and for
12 Further Information ("Remedy Order") (Doc. No. 59); and

13    WHEREAS on October 19, 2011, Federal Defendants moved for reconsideration of the
14 Remedy Order, which the Court granted in part in an Order dated December 28, 2011 (Doc. No.
15 87); and

16    WHEREAS Federal Defendants filed a notice of appeal on the Remedy Order on August
17 26, 2011, which was later voluntarily dismissed on May 30, 2012, with the mandate issuing June
18 4, 2012 (Doc. Nos. 92 & 93); and

19    WHEREAS on July 2, 2012, Plaintiffs filed a motion for attorneys' fees and costs
20 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and the ESA, 16 U.S.C.
21 § 1540(g)(4), with supporting declarations (Doc. Nos. 94-97) and that same day the Court
22 approved the parties' joint stipulation to stay briefing on their motion for 60 days to facilitate fee
23 settlement discussions (Doc. Nos. 98 and 99); and

24    WHEREAS all parties agree that it is in the public interest and the interest of the parties
25 to settle the Plaintiffs' claims for attorneys' fees and costs in this action without protracted
26 litigation;

27
28

THE PARTIES THEREFORE AGREE AND STIPULATE AS FOLLOWS:

1. Federal Defendants agree to settle Plaintiffs' entire claim for costs and attorneys' fees in the above-captioned litigation for a total of $170,000.00. Federal Defendants agree to pay such amount to Plaintiff Center for Biological Diversity on behalf of Plaintiffs in this action. Plaintiffs agree to furnish Federal Defendants with the information necessary to effectuate this payment, including payees' bank account number, routing number, and tax identification number. The account information provided by Plaintiffs shall be kept confidential and shall be used for the sole purpose of making the electronic funds transfer provided for in this stipulation.

2. Federal Defendants agree to submit all necessary paperwork for the administrative processing of the payment in paragraph 1 to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. §1540(g)(4), within ten (10) business days of entry of the signed Court order approving this stipulation or Plaintiffs having provided Federal Defendants with the information necessary to effectuate the transfer of funds, whichever is later.

3. Plaintiffs agree to accept payment of $170,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs may be entitled with respect to the above-captioned litigation, through and including the date of this agreement.

4. Payment of the above amount shall fully and finally resolve any and all remaining claims that Plaintiffs might have for recovery of attorneys' fees and costs in this case. Accordingly, Plaintiffs agree that payment of the above amount shall operate as a release of any and all remaining claims against Federal Defendants for attorneys' fees and costs in this matter.

5. Because this Stipulation resolves all of Plaintiffs' claims of fees and costs, Plaintiffs hereby withdraw their pending motion for attorneys' fees and costs (Doc. Nos. 94-97).

6. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to execute this stipulation. The provisions of this Stipulation shall apply and be binding upon each of the parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

3

Stip. Regarding Pls' Mot. for Atty's Fees & Costs                                    Case No. 08-1278-EMC

7. The parties agree that this agreement was negotiated in good faith and it constitutes a settlement of claims that were contested, denied, and disputed by the parties. The Stipulation does not represent an admission by any party to any fact, claim, or defense concerning any issue in this case. The parties agree and acknowledge that this fee settlement is a compromise to avoid further litigation only, and has no precedential value and shall not be used as evidence in any other attorneys' fees litigation. By entering into this stipulation, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rates, in any future litigation.

8. Nothing in this agreement shall be interpreted as, or shall constitute, a commitment or requirement that Federal Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

9. This Stipulation contains the entire agreement between the parties, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation.

IT IS SO STIPULATED

Dated: August 30, 2012

/s/ Marc D. Fink
Marc D. Fink, pro hac vice
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel: 218-525-3884
Fax: 817-582-3884
mfink@biologicaldiversity.org

Sierra B. Weaver, pro hac vice
Defenders of Wildlife
1130 17th Street NW
Washington, D.C. 20036
Tel: 202-772-3274

```
Fax: 202-682-1331
SWeaver@defenders.org

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org
```

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel:  (202) 305-0206 | Fax:  (202) 305-0275
Email:  robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

Pursuant to the parties' stipulation, IT IS SO ORDERED

Dated: ____9/4_____, 2012

_____
EDWARD M. [CHEN]
United States D[istrict Judge]

*IT IS SO ORDERED*
Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

5

Stip. Regarding Pls' Mot. for Atty's Fees & Costs                                      Case No. 08-1278-EMC