UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-08-1278 EMC<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE REMAND; AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 105)** |

Defendants have filed a second motion for an extension of time to complete the remand required by the Court's order of June 28, 2011, *see* Docket No. 59 (order), as modified by the Court's order of March 20, 2012. *See* Docket No. 91 (order). Plaintiffs have not opposed the request for an extension. Accordingly, the Court hereby **GRANTS** Defendants' motion.

(1) The deadline for the United States Fish and Wildlife Service to complete its incidental take statements for all four forest plans is extended to September 30, 2013.

(2) The deadline for the National Marine Fisheries Service to complete its incidental take statement for the Los Prados National Forest forest plan is extended to August 2, 2013.

(3) The deadline for the National Marine Fisheries Service to complete its incidental take statement for the Cleveland National Forest forest plan is not extended and remains May 13, 2013.

To the extent Plaintiffs have raised two issues in their papers that are not directly related to the request for an extension of time, the parties should meet and confer regarding those issues.

Finally, the case management conference in this case, currently set for May 23, 2013, is continued to October 10, 2013, at 10:30 a.m. A joint case management conference statement shall be filed by September 26, 2013.

This order disposes of Docket No. 105.

IT IS SO ORDERED.

Dated: April 30, 2013

_____
EDWARD M. CHEN
United States District Judge