IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, )
LOS PADRES FORESTWATCH, SIERRA ) Case No. 3:08-cv-01278-EMC
CLUB, DEFENDERS OF WILDLIFE, )
CALIFORNIA NATIVE PLANT SOCIETY, ) **STIPULATED FINAL JUDGMENT**
)
      Plaintiffs, )
)
v. )
)
U.S. FISH AND WILDLIFE SERVICE, )
NATIONAL OCEANIC AND )
ATMOSPHERIC ADMINISTRATION )
NATIONAL MARINE FISHERIES SERVICE, )
and U.S. FOREST SERVICE, )
)
      Defendants. )
_____ )

      This Stipulated Final Judgment is entered into between Plaintiffs Center for Biological Diversity, Los Padres ForestWatch, Sierra Club, Defenders of Wildlife, and California Native Plant Society (collectively, "Plaintiffs"); and Federal Defendants United States Fish and Wildlife Service ("FWS"), National Marine Fisheries Service ("NMFS"), and United States Forest Service (the "Forest Service") (collectively, "Federal Defendants").

      WHEREAS Plaintiffs filed suit on March 5, 2008, to challenge the 2005 Biological Opinions prepared by FWS and NMFS concerning the revised Forest Plans for the four national forests in southern California, and the Forest Service's reliance on those Biological Opinions. The Biological Opinions prepared by the FWS addressed all four national forests, while the biological opinion prepared by NMFS covered two of the national forests;

      WHEREAS on June 8, 2009, the Court granted Plaintiffs' motion for summary judgment and denied Federal Defendants' cross-motion for summary judgment;

STIPULATED FINAL JUDGMENT      - 1 -

WHEREAS on June 27, 2011, the Court issued its order regarding injunctive relief, ordering Defendants to prepare Amended Biological Opinions, including Incidental Take Statements, and ordering certain interim injunctive relief.  Docket No. 59 (June 28, 2011);

WHEREAS on December 28, 2011, the Court granted in part and denied in part Defendants' motion for reconsideration of the Court's order regarding that interim injunctive relief.  Docket No. 87 (Dec. 28, 2011);

WHEREAS on May 10, 2013, NMFS completed a new Biological Opinion, including an Incidental Take Statement, regarding the revised Forest Plan for the Cleveland National Forest.  On August 2, 2013, NMFS completed a new Biological Opinion, including an Incidental Take Statement, regarding the revised Forest Service's Forest Plan for the Los Padres National Forest.  On September 30, 2013, FWS completed a new Biological Opinion, including an Incidental Take Statement, regarding the revised Forest Plans for the four national forests in southern California;

WHEREAS, the Forest Service has closed the Williamson Rock Area and the Little Rock Creek Road of the Angeles National Forest to public access, and intends to implement a five-year closure of the Cherry Canyon area of the Los Padres National Forest to recreational shooting;

WHEREAS, the Forest Service intends to complete an appropriate analysis (or analyses) under the National Environmental Policy Act ("NEPA") and ensure consistency with the Angeles Forest Plan before opening public access to the Williamson Rock Area or Little Rock Creek Road; and,

WHEREAS, the Forest Service intends to complete an appropriate analysis (or analyses) under NEPA prior to making any decision to change management direction in order to open the Cherry Canyon area to recreational shooting.

STIPULATED FINAL JUDGMENT - 2 -

NOW, THEREFORE, Plaintiffs and Federal Defendants stipulate and agree to the following:

1. Plaintiffs agree that any potential legal challenge to the May 10, 2013, NMFS Biological Opinion regarding the revised Forest Plan for the Cleveland National Forest; the August 2, 2013 NMFS Biological Opinion regarding the revised Forest Plan for the Los Padres National Forest; and/or the September 30, 2013 FWS Biological Opinion regarding the revised Forest Plans for the four national forests in southern California, would occur in a newly filed case.

2. The Forest Service agrees to provide Plaintiffs with copies of the steelhead monitoring plans, which were prepared for and implemented in the Los Padres and Cleveland National Forests in response to the Court's order on interim injunctive relief.

3. The Forest Service agrees to make an effects determination and consult, as appropriate, under Section 7 of the Endangered Species Act ("ESA") before opening access to the Williamson Rock Area of the Angeles National Forest (or any part of that area that is currently closed). Plaintiffs agree that any potential legal challenge to a future decision by the Forest Service to open access to this area would occur in a newly filed case.

4. The Forest Service agrees to make an effects determination and consult, as appropriate, under Section 7 of the ESA before opening access to the Little Rock Creek Road of the Angeles National Forest. Plaintiffs agree that any potential legal challenge to a future decision by the Forest Service to open access to this road would occur in a newly filed case.

5. The Forest Service agrees to make an effects determination and consult, as appropriate, under Section 7 of the ESA, prior to making any decision to change management direction in order to open the Cherry Canyon area to recreational shooting. Plaintiffs agree that

STIPULATED FINAL JUDGMENT - 3 -

any potential legal challenge to a future decision by the Forest Service to open the Cherry Canyon area to recreational shooting would occur in a newly filed case.

6. Nothing in this Stipulated Final Judgment shall be interpreted as or constitute a commitment or requirement that the Federal Defendants take action in contravention of the ESA, the APA, or any other law or regulation, either substantive or procedural. Nothing in this Stipulated Final Judgment shall be construed to limit or modify the discretion accorded to the Federal Defendants by the ESA, the APA, or general principles of administrative law with respect to the procedures to be followed in conducting the various analyses and determinations referenced in paragraphs 3, 4, and 5, or as to the substance of any such analyses or determinations.

7. Upon entry of this Stipulated Final Judgment, the Court's Order re: Injunctive Relief and for Further Information, Docket No. 59 (June 28, 2011), shall be dissolved, and this final judgment shall be entered in this case.

8. Notwithstanding the entry of final judgment, the Parties request that this Court retain jurisdiction to oversee compliance with the terms of this Stipulated Final Judgment and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

9. The parties agree that the Plaintiffs are not entitled to any further reimbursement of attorneys' fees and costs in this matter.

10. The undersigned warrant that they have full authority to enter into this Stipulated Final Judgment and by their signatures bind to the terms of this Stipulated Final Judgment the Parties on whose behalf they have signed.

11. Nothing in this Stipulated Final Judgment shall be interpreted as, or shall constitute, a requirement that the Federal Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

Dated this 6th day of May, 2014.   */s/ Marc D. Fink*
Marc D. Fink, *pro hac vice*
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Attorney for Plaintiffs

Dated this 6th day of May, 2014.

ROBERT G. DREHER,
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief

*/s/ James A. Maysonett*

JAMES A. MAYSONETT, Senior Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Washington D.C. 20044
(202) 305-0216, facsimile (202) 305-0275
james.a.maysonett@usdoj.gov

COUNSEL FOR FEDERAL DEFENDANTS

STIPULATED FINAL JUDGMENT   - 5 -

Pursuant to this Stipulated Final Judgment**, IT IS HEREBY ORDERED** that the Court's Order re: Injunctive Relief and for Further Information, Docket No. 59 (June 28, 2011), is dissolved, and final judgment is entered in this matter consistent with the terms of the Stipulated Final Judgment set out above and the Court's Memorandum & Order re: Cross-Motions for Summary Judgment, Docket No. 39 (June 8, 2009); and,

**IT IS FURTHER ORDERED** that this Court shall have continuing jurisdiction to enforce the terms of this Stipulated Final Judgment. The Court of the Clerk is directed to close this case.

Dated: 5/7/14

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATED FINAL JUDGMENT - 6 -